UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

SEDNEY DELANO, *also known as*
*Delano Sedney*

     vs.                        Civil Action No. 9:13-CV-00070 (NAM/TWD)

R. RENDLE, *Sergeant, Clinton*
*Correctional Facility, et al*

## M I N U T E   O R D E R

The Court has now stayed the above-entitled action until such time the plaintiff is able to secure his appearance at trial which shall include the plaintiff's obligation to make advance payment to the United States Marshal Service for all costs related to producing him at trial . The Court having now completed all contemplated proceedings in this matter, and, based upon plaintiff's present inability to appear at trial[1], the Court finds that there is no further reason to maintain this action on the open docket for statistical purposes

**IT IS HEREBY ORDERED THAT:** the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code 18) to the Administrative Office of the U.S. Courts.

The parties are advised that nothing contained in this minute order shall be considered a dismissal or disposition of the above entitled action, and should further proceedings in it become necessary or desirable, any party may reopen the action by advising the Court in writing.

Upon notification to reopen the action, the parties are directed to request a pretrial conference

---

[1] According to New York Department of Corrections and Community Supervision Inmate Lookup records, Plaintiff was released to U.S. Immigration on conditional parole for deportation only on June 3, 2015. See http://nysdoccslookup.doccs.ny.gov/GCA00P00/WIQ02/WINQ120. The docket maintained in this case by the Northern District of New York Clerk's Office indicates that Plaintiff now resides in Paramaribo, Suriname, South America.

with the Court so that a trial order can be issued.

The Clerk of the Court is directed to serve a copy of this order on all parties to the action

IT IS SO ORDERED.

Date: August 15, 2016

Norman A. Mordue
Senior U.S. District Judge